UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------x
:
MASHUD PARVES RANA, :
:
                               Plaintiff, :
: No. 14-CV-01993 (SHS)
       -against- : ECF Case
:
MONIRUL ISLAM and :
:
FAHIMA TAHSINA PROVA, :
:
                            Defendants. :
---------------------------------------------x

**STIPULATION AND ORDER**

      It is hereby stipulated and agreed by and among Plaintiff Mashud Parves Rana and Defendants Monirul Islam and Fahima Tahsina Prova that, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and the parties' Confidential Settlement Agreement and Release dated May 6, 2019, the above captioned action be dismissed with prejudice and without costs.

      Separately, Defendants will move the Court to vacate the Judgment, entered on May 4, 2018, in the above captioned action. Plaintiff consents to the relief sought in that motion.

SO STIPULATED AND AGREED

May 9, 2019

_____
Daniel N. Arshack
Arshack, Hajek & Lehrman
1790 Broadway, Suite 710
New York NY 10019
Telephone: 212-582-6500
dan@lawahl.com

*Attorney for Monirul Islam and Fahima Tahsina Prova*

_____
D. Brett Kohlhofer
Dechert LLP
1900 K Street, N.W.
Washington, D.C. 20006
Telephone: 202-261-3349
d.brett.kohlhofer@dechert.com

*Attorney for Mashud Parves Rana*

**SO ORDERED.**

Dated: _____


_____
Sidney H. Stein
United States District Judge